# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Swift Power Services, LLC f/n/a GTI Holdings, LLC, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| North Country Construction & Rentals, Inc. f/k/a Guderjahn Trucking, Inc., Jason Guderjahn; LJ&S Trucking, Inc., Lane Knudsen; Texson, Inc.; Dallas Nelson | ) ) ) ) ) | |
| | ) | Case No. 4:12-cv-108 |
| Defendants. | ) | |

Before the court is a motion for attorney Peter A. McCLenahan to appear *pro hac vice* on behalf of plaintiff. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Peter A. McCLenahan has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 37) is **GRANTED**. Attorney Peter A. McCLenahan is admitted to practice before this court in the above-entitled action on plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 21st day of January, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge